JOSEPH SCHLESINGER, Bar #87692
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　　*Plaintiff,* </br></br>　　v. </br></br>MICHAEL TORRES, </br></br>　　　　　*Defendant.* | No. 1:11-cr-00448 LJO-SKO-1 </br></br>STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND  ORDER </br></br>Date:　April 29, 2013 </br>Time:　8:30 a.m. </br>Judge:　Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Informal Objections Due | March 18, 2013 | April 8, 2013 |
| Formal Objections Due | April 1, 2013 | April 22, 2013 |
| Sentencing Hearing | April 8, 2013 - 8:30 a.m. | April 29, 2013 - 8:30 a.m. |

　　　　The defense requests this extension because defense counsel has two trials between now and the sentencing date, including an anticipated two-week trial beginning on March 19, 2013.  The requested three-week continuance will allow defense counsel to adequately prepare for the sentencing in this case.  The government does not object to this continuance.

///

///

///

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED:  February 14, 2013        By    /s/ Melanie L. Alsworth
                                        MELANIE L. ALSWORTH
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender


DATED:  February 14, 2013        By    /s/ Jeremy S. Kroger
                                        JEREMY S. KROGER
                                        Assistant Federal Defenders
                                        Attorneys for Defendant
                                        MICHAEL TORRES
```

## **ORDER**

IT IS SO ORDERED.

**Dated:   February 15, 2013**         /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Torres: Stipulation to Continue
Sentencing Schedule and Hearing; Order                2