# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00448-(1)-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| MICHAEL TORRES, | |
| Defendant. | (ECF NO. 53) |

On June 22, 2016, the Federal Defender's Office ("FDO"), on behalf of Petitioner Michael Torres, filed a motion pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). *See* ECF No. 53. Accordingly,

**IT IS HEREBY ORDERED** that from the date of the FDO's filing, the government shall file a response to Petitioner's Section 2255 Motion within **60 days** (*on or before August 22, 2016*). From the date of the Government's filing, the FDO shall have **60 days** to file a reply.

IT IS SO ORDERED.

Dated:  **July 5, 2016**          /s/ Lawrence J. O'Neill
                        UNITED STATES CHIEF DISTRICT JUDGE